UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERI L. FRAMALINO,

        Plaintiff,        CIVIL ACTION NO. 12-13337

                           HONORABLE GEORGE CARAM STEEH

v.

                           MAGISTRATE JUDGE MARK A. RANDON

BANK OF AMERICA, et al.,

        Defendants.
_____/

### ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY (DKT. NO. 10)

On October 31, 2010, Defendants filed a Motion to Dismiss[1] (Dkt. No. 8). This matter is before the Court on Defendants' Motion to Stay Discovery Pending Ruling on Their Motion to Dismiss Plaintiff's Complaint (Dkt. No. 10). Plaintiff failed to respond.

After reviewing Plaintiff's motion, and otherwise being fully advised, Defendants' motion is **GRANTED**. Discovery is stayed in this matter pending resolution of Defendants' dispositive motion.

    **IT IS ORDERED**.

                                          s/Mark A. Randon
                                          MARK A. RANDON
                                          UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2012

---

[1] Judge Steeh scheduled oral argument for January 30, 2013.

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, December 13, 2012, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*